# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-30747 |
| HELEN YI, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **April 3, 2018**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 52]; **Amended Notice of Final Application of Counsel for Trustee for Allowance and Payment of Compensation and Costs** [Dkt. 51]; **Trustee's Application for Compensation and Expenses** [Dkt. 50]; and the **Final Application of Counsel for Trustee for Allowance and Payment of Compensation and Costs** [Dkt. 49], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Joseph Wrobel, Counsel to the Debtor
josephwrobel@chicagobankruptcy.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

HELEN YI
1001 W. 15TH STREET #239
CHICAGO, IL  60608


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


American Infosource LP As Agent for
T Mobile/T-Mobile USA Inc.
PO Box 248848
Oklahoma City, OK 73124-8848