## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| HELEN YI | § | Case No. 15-30747 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 804,070.00 *(Without deducting any secured claims)* | Assets Exempt: 19,500.00 |
| Total Distributions to Claimants:  13,660.30 | Claims Discharged Without Payment:  387,657.63 |
| Total Expenses of Administration:  19,547.70 | |

3) Total gross receipts of $ 33,208.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 33,208.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,547.70 | 15,476.90 | 19,547.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 38,019.00 | 28,190.83 | 28,190.83 | 13,660.30 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 330,902.21 | 4,205.89 | 4,205.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 368,921.21 | $ 51,944.42 | $ 47,873.62 | $ 33,208.00 |

4)  This case was originally filed under chapter 7 on  09/09/2015 .  The case was pending for 32 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/09/2018                    By:/s/N. Neville Reid, Trustee
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Escrow Funds from Sale of Property | 1229-000 | 33,208.00 |
| TOTAL GROSS RECEIPTS | | $ 33,208.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 4,070.80 | 0.00 | 4,070.80 |
| Associated Bank | 2600-000 | NA | 168.50 | 168.50 | 168.50 |
| Bruce de'Medici | 3210-000 | NA | 15,290.00 | 15,290.00 | 15,290.00 |
| Bruce de'Medici | 3220-000 | NA | 18.40 | 18.40 | 18.40 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,547.70 | $ 15,476.90 | $ 19,547.70 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338 | | 5,400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue PO Box 64338 Chicago, IL 60664-0338 | | 30,919.00 | NA | NA | 0.00 |
| | Illinois Dept of Employment Sec. 33 South State Street 10th floor Chicago, IL 60603 | | 1,700.00 | NA | NA | 0.00 |
| 1A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 28,190.83 | 28,190.83 | 13,660.30 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 38,019.00 | $ 28,190.83 | $ 28,190.83 | $ 13,660.30 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | 471.00 | NA | NA | 0.00 |
| | Chuhak and Tecson, PC 30 South Wacker Drive #2600 Chicago, IL 60606 | | 1,000.00 | NA | NA | 0.00 |
| | Citi Box 6500 Sioux Falls, SD 57117 | | 8,795.35 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast City of Chicago c/o Southwest Credit 4120 International Parkway Carrollton, TX 75007-1958 | | 95.00 | NA | NA | 0.00 |
| | Comcast PO Box 3001 Southeastern, PA 19398-3001 | | 0.00 | NA | NA | 0.00 |
| | Culligan International 9399 W. Higgins Rd. Des Plaines, IL 60018 | | 60.00 | NA | NA | 0.00 |
| | DiGiacomo and Somers  LLC 191 Waukegan Rd  Suite 104 Northfield, IL 60093 | | 3,178.00 | NA | NA | 0.00 |
| | Don Glisovich c/o Nathaniel D. Lawrence 2835 N. Sheffield #232 Chicago, IL 60657 | | 298,865.00 | NA | NA | 0.00 |
| | Intuit Quickbooks 21215 Burbank Blvd. Suite 100 Woodland Hills, CA 91367 | | 671.63 | NA | NA | 0.00 |
| | Kevin M. Rosner 707 Skokie Blvd. #410 Northbrook, IL 60062 | | 4,038.67 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Leon Zelechowski 111 West Washington Suite 1051 Chicago, IL 60602 | | 13,127.59 | NA | NA | 0.00 |
| | Ora Dental Center 937 West Randolph Chicago, IL 60607 | | 175.00 | NA | NA | 0.00 |
| | PNC c/o Credit Collection Services 2 Wells Ave. Newton Center, MA 02459 | | 354.98 | NA | NA | 0.00 |
| | Protect America 100 Illinois Street Saint Charles, IL 60174 | | 69.99 | NA | NA | 0.00 |
| | VW Credit POB 5215 Carol Stream, IL 60197-5215 | | 0.00 | NA | NA | 0.00 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 170.07 | 170.07 | 0.00 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 104.50 | 104.50 | 0.00 |
| 1B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 3,931.32 | 3,931.32 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 330,902.21 | $ 4,205.89 | $ 4,205.89 | $ 0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 15-30747 | JSB | Judge: | Janet S. Baer | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HELEN YI | | | | Date Filed (f) or Converted (c): | 09/09/2015 (f) |
| | | | | | 341(a) Meeting Date: | 10/22/2015 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 07/14/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  1137 W. Monroe Street #19 Chicago, IL 60607 | 815,000.00 | 0.00 | | 0.00 | FA |
| 2.  Personal Funds | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Checking First Eagle #4601 | 750.00 | 0.00 | | 0.00 | FA |
| 4.  Checking - First Eagle - #4603 | 170.00 | 0.00 | | 0.00 | FA |
| 5.  Apartment security deposit with landlord | 2,200.00 | 0.00 | | 0.00 | FA |
| 6.  Miscellaneous used household goods and furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 7.  Hermes purse - 12 years old - embossed with initials HY with | 4,000.00 | 0.00 | | 0.00 | FA |
| 8.  Used Clothing fully depreciated | 500.00 | 0.00 | | 0.00 | FA |
| 9.  Escrow Funds from Sale of Property (u) | 0.00 | 30,000.00 | | 33,208.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $823,570.00          $30,000.00          $33,208.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2018: Trustee's Final Report and professional and trustee fee applications were approved on April 24, 2018. Final distributions will be made and a TDR will be sent to the UST upon posting of final disbursement payments.

Case Status January 2018: Preparing Final Report.

Case Status April 2017: Filed petition for turnover of the funds from the State court.

Status March 29,2016: Through special counsel, securing debtor's interest held in escrow jointly with estranged spouse.

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 03/31/2018

Exhibit 8

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-30747 | Trustee Name: N. Neville Reid, Trustee | |
| Case Name: HELEN YI | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX0851 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8077 | Blanket Bond (per case limit): $54,646,000.00 | |
| For Period Ending: 05/09/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/17/17 | 9 | Davis Friedman, LLP IOLTA ACCOUNT 135 S. LaSalle St., 36th Floor Chicago, IL 60603 | Funds from Escrow for Pre-Petition Sale of Property | 1229-000 | $33,208.00 | | $33,208.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.29 | $33,185.71 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.74 | $33,137.97 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.27 | $33,088.70 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.20 | $33,039.50 |
| 04/24/18 | 101 | Bruce de'Medici 834 Forest Avenue Oak Park, Illinois 60302 | Per [Dkt. 54] Order dated 04/24/18 Granting Final Appliation of Counsel for Trustee for Allowance and Payment of Compensation and Costs for period from 04/03/16 - 02/02/18 (final distribution - fees) | 3210-000 | | $15,290.00 | $17,749.50 |
| 04/24/18 | 102 | Bruce de'Medici 834 Forest Avenue Oak Park, Illinois 60302 | Per [Dkt. 54] Order dated 04/24/18 Granting Final Appliation of Counsel for Trustee for Allowance and Payment of Compensation and Costs for period from 04/03/16 - 02/02/18 (final distribution - expenses) | 3220-000 | | $18.40 | $17,731.10 |
| 04/25/18 | 103 | N. Neville Reid 200 W. MADISON, SUITE 3000 CHICAGO, IL 60606 | Per [Dkt. 55] Order Awarding Compensation and Expenses dated 04/24/18 (final distribution) | 2100-000 | | $4,070.80 | $13,660.30 |
| 04/25/18 | 104 | ILLINOIS DEPARTMENT OF REVENUE PO BOX 64338 CHICAGO, IL 60664-0338 | Final distribution per Dkt. 48 | 5800-000 | | $13,660.30 | $0.00 |
| | | | Page Subtotals: | | $33,208.00 | $33,208.00 | |

Exhibit 9

|  | | |
|---|---|---|
| COLUMN TOTALS | $33,208.00 | $33,208.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,208.00 | $33,208.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,208.00 | $33,208.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0851 - Checking | $33,208.00 | $33,208.00 | $0.00 |
| | $33,208.00 | $33,208.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,208.00 |
| Total Gross Receipts: | $33,208.00 |

Page Subtotals:                                    $0.00            $0.00